CLOSED _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

JUL 2 0 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

TOI J'VHANN HORN,

        Petitioner,

v.

        CASE NO. 05-CV-72457-DT
        HONORABLE LAWRENCE P. ZATKOFF

UNITED STATES,

        Respondent.
_____/

## JUDGMENT

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge LAWRENCE P. ZATKOFF presiding, and pursuant to the Order entered on JUL 2 0 2005,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

Dated at Port Huron, Michigan on JUL 2 0 2005.

DAVID J. WEAVER
CLERK OF THE COURT

By: _____
       DEPUTY CLERK

APPROVED:

_____
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE